**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR | : Adv. Proc. No. 17-02029 |
| THE SUBSTANTIVELY CONSOLIDATED | : |
| ESTATE OF MICHAEL S. GOLDBERG, LLC | : |
| AND MICHAEL S. GOLDBERG, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| DEI PROPERTY MANAGEMENT, LLC, ROLAND | : |
| G. LABONTE, MARILYN P. LABONTE, ROLAND | : |
| G. LABONTE, TRUSTEE OF THE ROLAND G. | : |
| LABONTE RECOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE REVOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE 2015 REVOCABLE TRUST, and | : |
| SCOTT A. LABONTE, | : |
| | : |
| Defendants. | : |

**THE TRUSTEE'S MOTION FOR ENTRY OF AN ORDER GRANTING HIS**
**MOTION TO AMEND HIS COMPLAINT AND IMPLEAD DEFENDANTS**

Plaintiff James Berman (the "Trustee"), the Chapter 7 Trustee for the substantively consolidated bankruptcy estate of Michael S. Goldberg, LLC and Michael S. Goldberg, sometimes d/b/a Acquisitions Unlimited Group (collectively the "Debtors"), by and through his undersigned counsel, respectfully moves for the issuance of an order granting his June 11, 2018 Motion to Amend His Complaint and Implead Defendants (the "Motion to Amend"), docket

index ("D.I.") 34, to which no opposition has been filed, and the time for the filing of any such opposition has long since expired.

Dated at Bridgeport, Connecticut, this 13th day of July, 2018.

>JAMES BERMAN, CHAPTER 7 TRUSTEE
>FOR THE SUBSTANTIVELY CONSOLIDATED
>ESTATE OF MICHAEL S. GOLDBERG, LLC AND
>MICHAEL S. GOLDBERG
>
>By: */s/ James M. Moriarty*
>Jed Horwitt (ct4778)
>James M. Moriarty (ct21876)
>ZEISLER & ZEISLER, P.C.
>10 Middle Street, 15th Floor
>Bridgeport, Connecticut 06604
>Tel: (203) 368-4234
>Fax: (203) 549-0907
>Email: jhorwitt@zeislaw.com
>       jmoriarty@zeislaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR | : Adv. Proc. No. 17-02029 |
| THE SUBSTANTIVELY CONSOLIDATED | : |
| ESTATE OF MICHAEL S. GOLDBERG, LLC | : |
| AND MICHAEL S. GOLDBERG, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| DEI PROPERTY MANAGEMENT, LLC, ROLAND | : |
| G. LABONTE, MARILYN P. LABONTE, ROLAND | : |
| G. LABONTE, TRUSTEE OF THE ROLAND G. | : |
| LABONTE RECOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE REVOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE 2015 REVOCABLE TRUST, and | : |
| SCOTT A. LABONTE, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the July 13, 2018, the foregoing was electronically filed with the United States Bankruptcy Court. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                */s/ James M. Moriarty*
                                                James M. Moriarty (ct21876)