# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------------x

In re:  
Michael S. Goldberg, LLC and  
Michael S. Goldberg,  
Debtors.

Chapter 7  
Case Nos. 09-23370-JAM  
09-23371-JAM

---------------------------------------------------------------x

James Berman, Chapter 7 Trustee for the  
Estates of Michael S. Goldberg, LLC and  
Michael S. Goldberg,  
Plaintiff,  
v.  
Robert A. Landino, Scott A. LaBonte, Centerplan Cranston, LLC, Centerplan North Haven, LLC, Centerplan Smithfield, LLC, Centerplan Middletown, LLC, Acquisition Holdings, LLC, SAL Cranston, LLC, SAL North Haven, LLC, SAL NH Investments, LLC, SAL Smithfield, LLC, SAL Middletown, LLC, and Does 1-20,  
Defendants.

Adv. Pro. No. 16-02042-JAM

Re: ECF No. 52

---------------------------------------------------------------x

## ORDER GRANTING MOTION TO ADD DEFENDANT

Upon the motion on consent of James Berman (the "Trustee"), the Chapter 7 Trustee for the substantively consolidated bankruptcy estate of Michael S. Goldberg, LLC and Michael S. Goldberg (the "Debtors"), sometimes d/b/a Acquisitions Unlimited Group, to add Siebar Middletown, LLC as a party defendant pursuant to Fed. R. Civ. P. 20 and 21, and Fed. R. Bankr. P. 7020 and 7021 (the "Motion", ECF No. 52), and upon due consideration and for good cause shown, it is hereby

**ORDERED:** The Motion is GRANTED, and Siebar Middletown, LLC may be joined to this consolidated Adversary Proceeding as a party defendant; and it is further

**ORDERED:** That within fifteen (15) days of the entry of this Order the Trustee shall file his Amended Complaint asserting claims for relief against Siebar Middletown, LLC; and it is further

**ORDERED:** Upon the filing of the Trustee's amended complaint the Clerk shall issue a summons directed to Siebar Middletown, LLC, c/o Capstone Properties LLC, 360 Bloomfield Avenue, Suite 401, Windsor, Connecticut 06095 so that service of the Amended Complaint may be made on Siebar Middletown, LLC.

Dated:    June 26, 2017                                BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut