**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| Michael S. Goldberg, LLC and | Case Nos. 09-23370-(JAM) |
| Michael S. Goldberg, | 09-23371-(JAM) |
| Debtors. | |

------------------------------------------------------------x

James Berman, Chapter 7 Trustee for the
Estates of Michael S. Goldberg, LLC and          Adv. Proc. No. 16-02042-(JAM)
Michael S. Goldberg,
Plaintiff,
v.
Robert A. Landino, Scott A. LaBonte, Centerplan
Cranston, LLC, Centerplan North Haven, LLC,
Centerplan Smithfield, LLC, Centerplan
Middletown, LLC, Acquisition Holdings, LLC,
SAL Cranston, LLC, SAL North Haven, LLC,
SAL NH Investments, LLC, SAL Smithfield,
LLC, SAL Middletown, LLC, Siebar Middletown,
LLC, Centerplan College Square, LLC, College
Square, LLC and Does 1-20,
Defendants.

------------------------------------------------------------x

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4), made applicable to this proceeding by Fed. R. Bankr.

P. 7016, and D. Conn. L. Civ. R. 16(b), made applicable to this proceeding by D. Conn. LBR.

1001-1(1)(b), Plaintiff James Berman, (the "Trustee"), the Chapter 7 Trustee for the substantively

consolidated bankruptcy estate of Michael S. Goldberg, LLC and Michael S. Goldberg, sometimes

d/b/a Acquisitions Unlimited Group (collectively the "Debtors"), and Robert A. Landino,

Centerplan Cranston, LLC, Centerplan North Haven, LLC, Centerplan Smithfield, LLC,

Centerplan Middletown, LLC, Acquisition Holdings, LLC, Siebar Middletown, LLC, Centerplan

College Square, LLC, College Square, LLC, Centerplan NB, LLC (the "Landino Parties"), Scott

A. LaBonte, SAL Cranston, LLC, SAL North Haven, LLC, SAL NH Investments, LLC, SAL Smithfield, LLC, and SAL Middletown, LLC (the "LaBonte Parties"), through their respective undersigned counsel, jointly move for the entry of a Case Management Order with the following deadlines:

1. Responsive expert reports: March 20, 2020;

2. Completion of Expert Discovery: May 15, 2020;

3. Responses to the Landino Parties' Summary Judgment Motion: June 30, 2020; and

4. The Landino Parties' Reply in Further Support of their Motion for Summary Judgment: July 17, 2020.

As good cause for the granting of the entry of the relief requested herein, the parties state as follows:

1. This case was stayed by agreement and order dated January 18, 2019. *See* Docket Index ("D.I.") Nos. 154, 155. The stay was continued by agreement and order dated August 11, 2019, *see* D.I. Nos. 163, 164, and was further continued by agreement and order dated September 16, 2019, *see* D.I. Nos. 166, 167, and by order dated October 2, 2019. *See* D.I. 170. The stay expired on October 31, 2019. *See Id.*

2. On November 4, 2019, the Landino Parties filed a Motion for Entry of Case Management Order along with a Proposed Sixth Amended Case Management Order. *See* D.I. No. 171.

3. On November 4, 2019, the Trustee filed a Motion for Permanent Stay. *See* D.I. No. 172. The Landino Parties and the LaBonte Parties objected to the Trustee's Motion for Permanent Stay. *See* D.I. Nos. 174, 177.

4.    Acceptance of the parties' Proposed Case Management Order Deadlines and entry of those deadlines as an Order of the Court will resolve the Landino Parties' Motion for Scheduling Order and the Trustee's Motion for Stay, both of which are scheduled for hearing on January 14, 2020.

5.    Acceptance of the parties' Proposed Case Management Order Deadlines and entry of those deadlines as an Order of the Court will also resolve the Trustee's October 22, 2018, Motion to Deny, or Defer Decision On, Defendants' Summary Judgment Motion Pending Completion of Expert Discovery (the "Trustee's 56(d) Motion"), D.I. 146, which remains *sub judice* before this Court.

6.    The parties stipulate and agree that upon entry of a Case Management Order with the parties' proposed deadlines set forth above that the following motions should be denied as moot:

a.    The Trustee 56(d) Motion, (D.I. 146);

b.    The Landino Parties' Motion for Entry of a Sixth Amended Case Management Order (D.I. 171); and

c.    The Trustee's Motion for Permanent Stay, (D.I. 172).

7.    The Case Management Order has been previously amended on six occasions, with one amendment relating solely to extending the fact discovery deadline to conduct one deposition, which deposition was thereafter timely conducted, and another amendment relating solely to the extension of deadlines for the service of expert reports.

WHEREFORE, the Parties respectfully request that this Court enter a Seventh Case Management Order with the proposed deadlines set forth above.

Dated at Bridgeport, Connecticut this 9th day of January, 2020.

3

James Berman, Chapter 7 Trustee for the
Substantively Consolidated Estate of Michael
S. Goldberg, LLC
and Michael S. Goldberg

By: */s/ James M. Moriarty*
    James M. Moriarty (ct21876)
    ZEISLER & ZEISLER, P.C.
    10 Middle Street, 15th Floor
    Bridgeport, Connecticut 06604
    Tel: (203) 368-4234
    Email: jmoriarty@zeislaw.com

Scott A. LaBonte, SAL North Haven, LLC,
SAL Cranston, LLC, SAL Smithfield, LLC,
SAL Middletown, LLC and SAL NH
Investments, LLC

By: */s/ David M. S. Shaiken*
    David M. S. Shaiken, Esq. (ct02297)
    Shipman, Shaiken & Schwefel, LLC
    433 South Main Street, Suite 319
    West Hartford, CT 06110
    Tel.: (860) 606-1703
    Email: david@shipmanlawct.com

Robert A. Landino, Centerplan North Haven,
LLC, Centerplan Cranston, LLC, Centerplan
Smithfield, LLC, Centerplan Middletown,
LLC, Acquisition Holdings, LLC, Siebar
Middletown, LLC, Centerplan College Square,
LLC, College Square, LLC, and Centerplan
NB, LLC

By: */s/ Thomas J. Sansone*
    Thomas J. Sansone, Esq. (ct00671)
    Carmody, Torrance, Sandak
      & Hennessey LLP
    195 Church Street, 18th Floor
    P.O. Box 1950
    New Haven, CT 06509-1950
    Tel.: (203) 777-5501
    Email: tsansone@carmodylaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| Michael S. Goldberg, LLC and | Case Nos. 09-23370-(JAM) |
| Michael S. Goldberg, | 09-23371-(JAM) |
| Debtors. | |

-------------------------------------------------------------x

| | |
|---|---|
| James Berman, Chapter 7 Trustee for the | |
| Estates of Michael S. Goldberg, LLC and | Adv. Proc. No. 16-02042-(JAM) |
| Michael S. Goldberg, | |
| Plaintiff, | |
| v. | |
| Robert A. Landino, Scott A. LaBonte, Centerplan | |
| Cranston, LLC, Centerplan North Haven, LLC, | |
| Centerplan Smithfield, LLC, Centerplan | |
| Middletown, LLC, Acquisition Holdings, LLC, | |
| SAL Cranston, LLC, SAL North Haven, LLC, | |
| SAL NH Investments, LLC, SAL Smithfield, | |
| LLC, SAL Middletown, LLC, Siebar Middletown, | |
| LLC, Centerplan College Square, LLC, College | |
| Square, LLC and Does 1-20, | |
| Defendants. | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of January, 2020, the foregoing was electronically filed with the United States Bankruptcy Court, District of Connecticut, Bridgeport Division. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

 / s / James M. Moriarty
James M. Moriarty (ct21876